

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-24-00868-CR

Brett Hall **RING**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2023CR10265
Honorable Frank J. Castro, Judge Presiding

PER CURIAM

Sitting:     Irene Rios, Justice
             Lori I. Valenzuela, Justice
             Lori Massey Brissette, Justice

Delivered and Filed: February 19, 2025

DISMISSED FOR LACK OF JURISDICTION

A timely notice of appeal is necessary to invoke the jurisdiction of a court of appeals. *Taylor v. State*, 424 S.W.3d 39, 43 (Tex. Crim. App. 2014). "A defendant's notice of appeal is timely if filed within thirty days after the day sentence is imposed or suspended, or within ninety days after sentencing if the defendant timely files a motion for new trial." *Id.* (citing TEX. R. APP. P. 26.2(a)(1)).

The trial court imposed sentence in the underlying cause on February 7, 2024. Because appellant did not file a motion for new trial, the notice of appeal was due to be filed on March 8,

2024.  TEX. R. APP. P. 26.2(a)(1).  A motion for extension of time to file the notice of appeal was due on March 25, 2024.  TEX. R. APP. P. 26.3.  Appellant, however, did not file his notice of appeal until December 19, 2024, and appellant did not file a motion for extension of time to file the notice of appeal.  Thus, appellant's notice of appeal is untimely.

On January 6, 2025, we ordered appellant to show cause why this appeal should not be dismissed for lack of jurisdiction.  To date, appellant has not responded to our order.  Accordingly, we dismiss this appeal for lack of jurisdiction.

PER CURIAM

DO NOT PUBLISH